

NUMBER 13-15-00261-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

HIDALGO COUNTY, TEXAS,                                             Appellant,

v.

MICHAEL CALVILLO AND ROSA RIVERA,
INDIVIDUALLY, AND AS NEXT FRIENDS OF
LUIS ESPINOZA AND AARON CALVILLO, MINORS          Appellees.

On appeal from the 92nd District Court
of Hidalgo County, Texas.

# ORDER

**Before Justices Rodriguez, Garza, and Longoria**
**Order Per Curiam**

Appellant Hidalgo County, Texas perfected an appeal from the denial of its first

amended plea to the jurisdiction under Texas Civil Practice and Remedies Code section

51.014 in favor of appellees, Michael Calvillo and Rosa Rivera, individually, and as next

friends of Luis Espinoza and Aaron Calvillo, minors.   *See* TEX. CIV. PRAC. & REM. CODE

ANN. § 51.014(a)(8) (West, Westlaw through Ch. 46 2015 R.S.). Currently pending before the Court is appellant's unopposed motion to stay the trial court proceedings pending resolution of this appeal.

The Court, having examined and fully considered appellant's unopposed motion for stay, is of the opinion that the motion should be granted. Accordingly, we GRANT the motion and ORDER all proceedings in trial court cause number C-8615-14-A STAYED until further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
23rd day of June, 2015.

2